IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JACOBO OSEGUEDA GONZALEZ            *
                                    *
        Petitioner,                 *
                                    *   Civil Action No. 26-cv-0237-SAG
        v.                          *
                                    *
KRISTI NOEM, ET AL.,                *
                                    *
        Respondents.                *
                              ********

## ORDER

Upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1, "Petition") and the Joint Notice filed by the Parties, and the entire record in this case, good cause having been shown, it is hereby,

ORDERED, that the Petition is GRANTED in part, insofar as I find that Petitioner is entitled to the relief set forth below and is DENIED as to any further relief at this time:

1. Respondents are ENJOINED from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to a bond hearing consistent with 8 C.F.R. § 236.1(d), 8 C.F.R. § 1003.19 and 8 C.F.R. § 1236.1(d).

3. A bond hearing shall be held within fourteen (14) days of Petitioner's filing of a motion with the Immigration Court.

4. The bond hearing must be conducted by an Immigration Judge with jurisdiction, or with administrative control, over Petitioner's detention and removal proceedings and the hearing must comply in all respects with the regulations at 8 C.F.R. §§ 236.1(d), 1003.19, 1236.1(d) and any attendant process available pursuant to these provisions;

5. This order does not require Respondents to transfer or transport Petitioner to Maryland prior to a bond hearing;

6. The Parties shall provide this Court with a Status Report within 20 days of this order;

7. Petitioner's request for attorney's fees and costs is denied; and it is further ORDERED, that the Court shall RETAIN jurisdiction of this matter to enforce compliance with this Order.

Date: January 22, 2026                              /s/
                                                    The Honorable Stephanie A. Gallagher
                                                    United States District Judge
                                                    District of Maryland